UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-30(1)(JRT)
CIVIL NO. 04-4520(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | MOTION FOR LATE FILING |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS JIMENEZ-SERRATO, | ) | |
| | ) | |
| Petitioner. | ) | |

The United States moves for late filing of its response to petitioner's section 2255 petition. The grounds for this motion are as follows:

1. The government's response was due on December 1, 2004.

2. The government's response was completed by the due date, but an affidavit was needed from petitioner's former counsel, Dan Mohs. The undersigned received a faxed copy of the affidavit on December 1, but did not receive the original until December 6.

A proposed order accompanies this motion.

Sincerely yours,

Dated: December 7, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332