UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-30(1)(JRT)
CIVIL NO. 04-4520(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JESUS JIMENEZ-SERRATO,<br><br>Petitioner. | CERTIFICATE OF SERVICE |

I hereby certify that on December 7, 2004, I caused the following documents

**OPPOSITION OF THE UNITED STATES TO SERRATO'S PETITION UNDER 28 U.S.C. § 2255**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants:

Jesus Jimenez-Serrato, Pro Se
Number 10236-041
FCI Waseca
1000 University Drive SW
Waseca, MN 56093

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332