UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-30(1)(JRT/FLN)
CIVIL NO. 04-4520(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | ORDER |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS JIMENEZ-SERRATO, | ) | |
| | ) | |
| Petitioner. | ) | |

Jeff Paulsen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

William G. Selman, SELMAN LAW OFFICE, 250 Second Avenue South, Suite 205, Minneapolis, MN 55401, for defendant.

This matter is before the Court on the government's motion for late filing of its response to petitioner's section 2255 petition. Based on the government's motion, and the Court finding that good cause exists therefor,

IT IS HEREBY ORDERED that the government's motion for late filing of its opposition to Serrato's Petition under 28 U.S.C. § 2255 is granted.

Dated: December 9, 2004

s/John R. Tunheim
JOHN R. TUNHEIM
U.S. District Court Judge